# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.        12-CV-01216-RBJ-MEH

**DAVID HUTER**,

Plaintiff,

v.

**CITY OF LONE TREE, COLORADO**,

Defendant.

## ORDER GRANTING STIPULATED DISMISSAL WITH PREJUDICE

THIS MATTER, comes before the Court upon the Stipulated Dismissal With Prejudice, and the Court being fully advised of the matters set forth therein,

DOTH HEREBY ORDER the dismissal of all claims against the City of Lone Tree, with prejudice, each party to pay his or its own costs and attorney's fees. By issuing this Order, this case is resolved in its entirety and the Court hereby closes this case and vacates all deadlines and appearances, including trial.

DATED this 16th day of January, 2013.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge